UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | | BK No.: 14-06978 |
| ILLINOIS RIVER WINERY, INC. ) | | |
| ) | | Chapter: 11 |
| ) | | Honorable Eugene R. Wedoff |
| ) | | |
| Debtor(s) ) | | |

**SIXTH INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION PURSUANT TO SECTION 363(C)(2) AND BANKRUPTCY RULE 4001(b) AS TO STANDARD BANK & TRUST COMPANY**

This matter coming to be heard on the Motion of Debtor, ILLINOIS RIVER WINERY INC's Motion for Use of Cash Collateral, pursuant to Section 363(c)(2)of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) due proof of service to all parties entitled to notice the court being advised,
IT IS HEREBY FOUND THAT:
A) Due notice of the Motion has been given to all parties entitled thereto;

B) This matter is a core proceeding pursuant to 28 U.S.C. 157(b)(2), and the Court has jurisdiction over the matters raised in the Motion under 28 U.S.C. Sections 157 and 1334;

C) The relief requested in the Motion is in the best interests of Debtor, its estate, creditors and other parties in interest;

D) Heartland Bank & Trust Company and LaSalle State Bank asserts secured claims against some or all of the Debtor's assets including the Debtor's cash and accounts receivable;

E) Only Heartland Bank & Trust Company and LaSalle State Bank have an interest in the Debtor's assets that is entitled to adequate protection; and

F) Good and sufficient cause exists for the granting of the relief reqeusted in the Motion as set forth herein.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED

1) The Motion is granted on an interim basis as provided herein. Except as expressly set forth herein, the terms and conditions of this Order shall continue in full force and effect through and including March 17, 2015. A further and hearing to consider the Motion and entry of a final cash collateral order will be held on March 18, 2015 at 10:00 a.m. Central Time.

2) To the extent that Heartland Bank & Trust Company and LaSalle State Bank have a valid, perfected and enforceable security interest or other interest, in the Debtor's cash and/or accounts receivable that may be reduced to cash, the Debtor may use the Cash Collateral to pay those items delineated in the budget (the "cash collateral budget") attached to this Order as Exhibit A, with a variance from actual to projected disbursements not exceed 10%, on a cumulative basis. The Debtor's permission to use the Cash Collateral as provided herein shall be for the period commencing on the date that this case commenced (the "Petition Date") through and including the period ending March 17, 2015.

3) As adequate protection for any interests of Heartland Bank & Trust Company and LaSalle State Bank in the Cash Collateral, Heartland Bank & Trust Company and

LaSalle State Bank are granted replacement liens upon, and security interests in, Debtor's post-petition cash and accounts receivable in the same priority as Heartland Bank & Trust Company and LaSalle State Banks' existing, pre-petition liens (to the extent valid), and in no event to exceed the type, kind, priority and amount, if any, of their security interests which existed on the date that the Debtor filed its petition to commenced this case.

4) This Interim Cash Collateral Order is immediately enforceable upon entry.

Enter:

United States Bankruptcy Judge

Dated: 4 MAR 2015

**Prepared by counsel of Movant:**

Mr. Paul M. Bach, Esq., Of Counsel
Ms. Penelope N. Bach., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181

Rev: 20101008_bko

Confidential     8/18/2014     Illinois River Winery

| | Monthly Average |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales/Tasting Room | $28,875.00 |
|     wholesale & Distribution | $17,500.00 |
|   **Total Income** | **$46,375.00** |
| | |
|   **Cost of Goods Sold** | |
|     Total Materials | $11,666.67 |
|     Repairs | $333.33 |
|     Fuel | $166.67 |
|     Supplies | $1,416.67 |
|     Shipping | |
|       Freight, Inbound | $1,083.33 |
|       Postage and Delivery | $750.00 |
|     Total Shipping | $1,833.33 |
|     Excise tax | $916.67 |
|     expense reimbursement | $416.67 |
|     Tasting Room | |
|       Entertainment - Patio Parties | $383.33 |
|     Vineyard/ orchard Equipment | $166.67 |
|   **Total COGS** | **$17,300.00** |
| | |
|   **Expenses** | |
|     Research & Development | $41.67 |
|     Wine Club processing fee | $41.67 |
|     Shippers tax | $41.67 |
|     Festival Registration fees | $37.50 |
|     Medical expense | $62.50 |
|     office supplies | $216.67 |
|     Advertising | $708.33 |
|     Automobile Expense | $75.00 |
|     Bank Service Charges | $141.67 |
|     Credit Card fees | $666.67 |
|     educational seminars/courses | $41.67 |
|     Insurance | $228.75 |
|     Interest Expense | $2,791.67 |
|     Licenses and Permits | $333.33 |
|     Meals and Entertainment | $83.33 |
|     Miscellaneous | $141.67 |
|     Payroll Expenses | |
|       Fica Tax | $1,093.17 |
|       UC Tax Exp | $343.22 |
|       Wages | $526.74 |
|       Payroll Expenses - Other | $11,064.26 |
|     Total Payroll Expenses | $12,869.16 |
|     accounting Fees | $233.33 |
|     Mortgage & Rent | $1,878.00 |
|     Supplies - Tasting Room | $166.67 |
|     TAX | |
|       Federal Excise Tax | $224.47 |
|       property tax | $424.74 |
|       State | $2,748.11 |
|     Total TAX | $3,397.32 |
|     Telephone + Internet | $408.33 |
|     Travel reimbursement | $1,166.67 |
|     Utilities | $1,125.00 |
|     Website | $183.33 |
|   **Total Expense** | **$44,198.23** |
| | |
|   sales - cogs-exp | $2,176.77 |

| Plan Payments - secured claims | |
|---|---|
| Heartland Bank 2105 | $468.22 |
| LaSalle State Bank 23-10 | $1,003.00 |
| LaSalle State Bank 5052 | $386.58 |
| LaSalle State Bank 5063 | $250.00 |
| US small business loan | $83.33 |